IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEN VANDO, | ) |
| Petitioner, | ) Civil Action No. 15-1309 |
| v. | ) Judge Cathy Bissoon |
| | ) Magistrate Judge Cynthia Reed Eddy |
| ROBERT GILMORE, *et al.*, | ) |
| Respondents. | ) |

## **MEMORANDUM ORDER**

This case was referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On April 29, 2016, the Magistrate Judge issued a Report (Doc. 11) recommending that Len Vando's Petition under 28 U.S.C. § 2241 be dismissed, and that a certificate of appealability be denied. Service of the Report and Recommendation was made on the parties, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, it hereby is **ORDERED** that: Len Vando's Petition under 28 U.S.C. § 2241 is **DISMISSED**; a certificate of appealability is denied; and the Magistrate Judge's Report and Recommendation is adopted as the Opinion of the District Court.

IT IS SO ORDERED.


June 2, 2016                                       s\Cathy Bissoon
                                                   Cathy Bissoon
                                                   United States District Judge

cc (via First-Class U.S. Mail):

Len Vando
KV-5097
SCI Greene
175 Progress Drive
Waynesburg, PA  15370


cc (via ECF email notification):

All Counsel of Record